1092309

RECEIVED

NOV 09 2005

US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

FELIX MERCEDES-RAMOS
a/k/a Felix Ramos, Felix Mercedes,

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-136M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FELIX MERCEDES-RAMOS, a/k/a Felix Ramos, Felix Mercedes,
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY BY A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| DAVID L. MARTIN<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| David L. Martin<br>Signature of Issuing Officer | Providence, Rhode Island<br>Date and Location |

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at<br>arrested by ICE | | |
| DATE RECEIVED<br>11/09/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>CJ Wyant<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Chad Wyant |
| DATE OF ARREST<br>11/18/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.