1092309

RECEIVED

AO 442 (Rev. 5/93) Warrant for Arrest

NOV 0 9 2005

US MARSHALS
RHODE ISLAND

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

FELIX MERCEDES-RAMOS
a/k/a Felix Ramos, Felix Mercedes,

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-136M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FELIX MERCEDES-RAMOS, a/k/a Felix Ramos, Felix Mercedes,
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY BY A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Providence, Rhode Island
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at arrested by ICE | | |
| DATE RECEIVED 11/09/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 11/18/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.