IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
DEC 13 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 1:05-M-136M |
| | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(2) |
| | ) | |
| FELIX MERCEDES-RAMOS | ) | |
| a/k/a Felix Ramos, | ) | |
| Felix Mercedes, | ) | |
| Michael Jackson, | ) | |
| Santiago Naranjo, | ) | |
| Santiago Mercedes, | ) | |
| Antonio Bruno, | ) | |
| Antonio Oquendo | ) | |

**ORDER**

This matter having come before the Court on a joint motion by Robert C. Corrente, United States Attorney for the District of Rhode Island, and Stephanie S. Browne, Assistant U.S. Attorney, and Felix Mercedes-Ramos, by and through his attorney, Donna A. Uhlmann, for an order granting a continuance of the proceedings in the above-captioned matter for an additional period of sixty (60) days to permit the parties to continue plea negotiations and to attempt to finalize a plea agreement, and the defendant being aware that he has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of his arrest on the complaint, pursuant to 18 U.S.C. § 3161(b), and it appearing that the defendant has waived that right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be

continued for an additional period of sixty (60) days for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to attempt to finalize a plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to 18 U.S.C. § 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 15th day of December, 2005,

ORDERED that the proceedings scheduled in the above-captioned matter are continued from November 8, 2005, to January 8, 2005, and

IT IS January 8, 2005, shall be excludable in computing time under the Speedy Trial Act of 1974.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge