IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. CR06-01T |
| | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(2) |
| MERCEDES-RAMOS | ) | |
| a/k/a Felix Ramos, | ) | |
| Felix Mercedes, | ) | |
| MicHael Jackson, | ) | |
| Santiago Naranjo, | ) | |
| Santiago Mercedes, | ) | |
| Antonio Bruno, | ) | |
| Antonio Oquendo | ) | |

**INDICTMENT**

The Grand Jury charges that:

On or about November 1, 2005, Defendant FELIX MERCEDES-RAMOS, a/k/a Felix Ramos, Felix Mercedes, Michael Jackson, Santiago Naranjo, Santiago Mercedes, Antonio Bruno, Antonio Oquendo, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

GERARD B. SULLIVAN
Assistant U.S. Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

1/4/06
DATE