AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S. v. Mercedes Ramos APPEARANCE

CASE NUMBER: CR06-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Felix Mercedes-Ramos

I certify that I am admitted to practice in this court.

1/13/06
*Date*

*Signature*

donna a. uhlmann #371
*Print Name* *Bar Number*

1 dvrd st. suite 100
*Address*

Prov. ri 02903
*City* *State* *Zip Code*

(401) 421-9700 (401) 351-7842
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.