AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 06-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for FELIX MERCEDES - RAMOS

6-16-2006
*Date*

#4132
*Signature*

Joseph J. Voccola, Esq.
*Print Name*

454 Broadway
*Address*

Providence, RI 02909
*City* *State* *Zip Code*

(401)751-3900
*Phone Number*