# United States District Court

DISTRICT OF

RECEIVED
AUG 10 2006
Property of U.S. District Court
District of Rhode Island

APPEARANCE

CASE NUMBER: 06-00001-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Felix Mercedes-Ramos

8-10-06
Date

Signature

Maurice Caron Jr
Print Name

454 Broadway
Address

Providence, RI 02901
City State Zip Code

401-751-3900
Phone Number